# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| GLOBAL CROSSING TELECOMMUNICATIONS, INC., ET AL., ) ) ) Plaintiffs, ) ) v. ) ) 3L COMMUNICATIONS MISSOURI, LLC, ) ) Defendant. ) | | No. 4:13CV00885 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant 3 L Communications Missouri, LLC's; and Plaintiffs Global Crossing Telecommunications, Inc.'s, and Wiltel Communications, LLC's (collectively referred to as "Plaintiffs") "Status Report, Motion for Confirmation of Award and Acknowledgment of Partial Satisfaction" ("Motion for Confirmation")[ECF No. 29].

On July 26, 2013, the Court issued an Order, among other things, staying this matter pending resolution of arbitration proceedings initiated before the American Arbitration Association, and directing the parties to proceed to arbitration [ECF No. 23]. Subsequently, the Court directed the parties to file a Status Report relating to the arbitration proceedings, no later than July 18, 2014 [ECF No. 28].

In their joint Status Report [ECF No. 29], the parties report that, following arbitration proceedings during the week of March 25, 2014, an arbitrator issued an award ("the Award")[ECF No. 29-1], in favor of Defendant 3L Communications Missouri, LLC ("3L Communications"). 3L Communications further reports Plaintiffs have satisfied the portion of the Award requiring them to pay the sum of $1,600,637.87 plus interest, costs and attorneys'

fees. The Award also includes other relief pertaining to any future delivery of Plaintiffs' services to 3 L Communications. [ECF No. 29-1 at 83-84].

The arbitration agreement between the parties, contained in a tariff 3L Communications filed with the Federal Communications Commission ("FCC"), provides that an arbitration award may be entered in any court having jurisdiction. Therefore, 3L Communications moves this Court, pursuant to 9 U.S.C. § 9, to enter an Order and Judgment confirming the Arbitrator's Award in this matter. Plaintiffs do not oppose the motion. The Court will grant 3L Communication's Motion for Confirmation. The Court shall lift its previous stay, and enter judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's previous stay is lifted, and 3L Communications' Motion for Confirmation of Award [ECF No. 29] is **GRANTED**. The Final Award of the Arbitrator, dated May 21, 2014, [ECF No. 29-1], incorporated herein by reference, is **CONFIRMED.** 3L Communications is awarded the amount of the Award, $1,600,637.87 plus interest, costs and attorneys' fees.

**IT IS FURTHER ORDERED** that judgment shall be entered in accordance with the Final Award of the Arbitrator, dated May 21, 2014, and with this Memorandum and Order. So Ordered this 21st day of July, 2014.

                                                               _/s/ E. Richard Webber_
                                                               **E. RICHARD WEBBER**
                                                               **SENIOR UNITED STATES DISTRICT JUDGE**